IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Emigio Roman Azua-Campos, | ) | C/A No. 5:12-204-TLW-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Kenneth Atkinson, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241.  Petitioner is a prisoner.  Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court).  Under Local Rule 73.02(B)(2), pretrial proceedings in this action have been  referred to the assigned United States Magistrate Judge.

By order dated February 22, 2012, Petitioner was given a specific time frame in which to bring this case into proper form.  Petitioner has complied with the court's order, and this case is now in proper form.

**PAYMENT OF THE FILING FEE**:

Petitioner requested to proceed without prepaying the filing fee by filing an Application to Proceed without Prepayment of Fees and Affidavit (Form AO-240), which is construed as a Motion for Leave to Proceed *in forma pauperis*.  Based on a review of the motion, Petitioner's request to proceed *in forma pauperis* is **granted**.

**TO THE CLERK OF COURT**:

The Clerk of Court shall not serve the § 2241Petition upon Respondent because the Petition is subject to dismissal.

IT IS SO ORDERED.

Kaymani D. West

April 12, 2012                          Kaymani D. West
Florence, South Carolina               United States Magistrate Judge